**ROBBINS et v CITY NAT'L BANK & TRUST CO**

Ohio Appeals, 2nd Dist, Franklin Co

No 3017.   Decided May 9, 1939

---

John A. Connor, Columbus, and Sanford I. Lakin for appellee and for the motion.

E. G. Lloyd, Columbus. and Max Robbins for plaintiffs-appellants, contra the motion.

## OPINION

BY THE COURT:

Submitted on motion of appellee to dismiss the petition or appeal because it is not directed to any final order, judgment or decree of the Common Pleas Court.

The final entry appearing in the transcript of docket and journal entries journalizes the authorization to plaintiff to withdraw a motion for rehearing upon defendant's demurrer to the second amended petition. The entry immediately preceding this last entry journalizes the action of the court in sustaining the demurrer of the defend-

ant to the second amended petition of plaintiff without more. Upon this state of the record there is no final order or judgment. Hornbeck & Adams, Trial and Appellate Practice, 238.

Motion will be sustained.

HORNBECK, PJ., GEIGER & BARNES, JJ, concur.